VULCAN IRON WORKS, Respondent, *v.* PITTSBURG-EASTERN COMPANY, Appellant.

*Vulcan Iron Works* v. *Pittsburg-Eastern Co.*, 151 App. Div. 948, affirmed.

(Argued February 12, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon certain promissory notes payment of which, it was alleged, had been assumed by defendant.

*Charles S. Motisher, Alpheus T. Bulkeley* and *Andrew P. McKean* for appellant.

*H. D. Bailey* and *T. H. Guy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

ARTHUR SCHOELLKOPF, Respondent, *v.* FRED A. BALLOU, Appellant.

*Schoellkopf* v. *Ballou*, 151 App. Div. 895, affirmed.

(Argued February 12, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover money paid upon a contract for the construction of a boat.

*Charles Newton* for appellant.

*S. Wallace Dempsey* and *George M. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.